[920 NE2d 90, 891 NYS2d 686]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTIAN TABB, Appellant.

Decided November 24, 2009

## APPEARANCES OF COUNSEL

*Legal Aid Bureau of Buffalo, Inc.,* Buffalo (*Robert B. Hall-borg, Jr., David C. Schopp* and *Barbara J. Davies* of counsel), for appellant.

*Frank A. Sedita, III, District Attorney,* Buffalo (*Raymond C. Herman* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be reversed and a new trial ordered.

During deliberations, the jury sent a note to the trial court that asked for direction on, or an explanation of, "the legal definition of self defense." Nothing in the record indicates that the court informed defense counsel and the prosecutor about the contents of the note. In the absence of record proof that the trial court complied with its core responsibilities under CPL 310.30, a mode of proceedings error occurred requiring reversal (*see e.g. People v Kisoon,* 8 NY3d 129, 135 [2007]; *People v O'Rama,* 78 NY2d 270, 277 [1991]).

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur in memorandum.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, etc.